LOCAL 334 SEIU

2003
Thru
2007

# CONTRACT BETWEEN

# LINCOLN PARK

# AND THE

# MUTUEL/GAMING CLERKS

# UNION OF RHODE ISLAND

# LOCAL 334, SEIU

® GCIU 782-M

# TABLE OF CONTENTS


| ARTICLE: | SUBJECT: | PAGE NO. |
|---|---|---|
| | Preamble Agreement | 1 |
| Article 1 | Recognition | 1 |
| Article 2 | Nondiscrimination | 1 |
| Article 3 | Union Security | 2 |
| Article 4 | Wages & hours of work | 3 - 4 |
| Article 5 | Employment | 4 - 6 |
| Article 6 | Management Rights | 6 - 7 |
| Article 7 | Payment for reporting to work | 7 |
| Article 8 | Unscheduled shifts & work days | 7- 8 |
| Article 9 | Reporting time | 8 |
| Article 10 | Job Bidding | 8 - 9 -10 |
| Article 11 | Complaints filed against employee | 10 |
| Article 12 | Grievance & Arbitration procedure | 10 -11 -12 |
| Article 13 | Health Care | 12 |
| Article 14 | Job Classification | 13 -15 |
| Article 15 | Labor saving methods and devices including automation | 15 -16 |
| Article 16 | Rights of Union officials | 16 - 17 |
| Article 17 | Employment in higher classification | 17 |
| Article 18 | Overages and Shortages | 17 - 18 |
| Article 19 | Parking Facilities for Employees | 18 |
| Article 20 | Bulletin Boards | 18 |
| Article 21 | Military Service | 18 |
| Article 22 | Rules & regulations | 18 |
| Article 23 | Dress Code | 19 |
| Article 24 | Picket Lines | 19 |
| Article 25 | No Strikes - No Lockouts | 19 |
| Article 26 | Life Insurance | 19 - 20 |
| Article 27 | Discharge & Discipline | 20 |
| Article 28 | Leaves of Absence | 21 - 22 |
| Article 29 | Bereavement Leave | 23 |
| Article 30 | Leave of Absence - Jury duty | 23 |
| Article 31 | Vacation | 24 |
| Article 32 | Seniority | 25 - 26 |
| Article 33 | Bid Fair -- Validation/Mutue;s | 26 - 28 |
| Article 34 | Pension Fund | 29 |
| Article 35 | Re-opening clause | 29 - 30 |
| Article 36 | General Provisions | 30 - 31 |
| Article 37 | Duration of Agreement | 31 |
| Article 38 | Wage Rates | 31 |
| Article 39 | Health & Welfare | 32 |

## PREAMBLE

The general purpose of this Agreement is to set forth terms and conditions of employment and to promote orderly and peaceful relations for the mutual interests of the Employer, the employees and the Union. The parties recognize that the success of the Employer and the job security of the employees depend on the Employer's success in offering and marketing quality racing programs and gaming. To these ends, the Employer and the Union encourage to the fullest degree, friendly and cooperative relations between their respective representatives at all levels and among all employees, whether or not covered by this Agreement.

## AGREEMENT

THIS AGREEMENT is made in duplicate and entered this 1st day of February, 2003 and between Lincoln Park, hereinafter referred to as the Employer" and the Mutuel/Gaming Clerks Union of Rhode Island, Local 334, affiliated with the Service Employees International Union, AFL-CIO, hereinafter referred to as the "Union".

## ARTICLE 1
## RECOGNITION

1.1 The Employer recognizes the Union as the exclusive bargaining representative for all employees covered by the terms of this agreement, employed in the Mutuel Department and all auditors and validators in the Gaming Department at the Employer's Lincoln, Rhode Island facility, excluding the Mutuel Manager, the Assistant to the Mutuel Manager, the Head Cashier, office clerical employees, Gaming managers and all Gaming Department employees who are not validators or auditors.

1.2 Employees not in any of the bargaining classifications shall not accrue seniority.

1.3 Employees excluded from the bargaining unit shall not perform bargaining unit work except in emergency situations, or for the purpose of training or instructing new employees. Management shall not purposely under-schedule sufficient bargaining unit personnel to service the level of activity reasonably anticipated and rely on non-bargaining unit personnel to supplement the bargaining-unit personnel scheduled to work.

1.4 Either the Auditing Manager or an Assistant Auditing Manager will continue to count money as part of their supervisory responsibilities. This is the only exception to Article 1.3.

## ARTICLE 2
## NONDISCRIMINATION

2.1 No employee covered by the terms of this Agreement shall be discriminated against by the Employer or the Union because of membership or non-membership in the Union or because of activities



on behalf of the Union. Neither the Employer nor the Union shall discriminate against any employee, covered by the terms of this agreement, on account of race, color, religious creed, national origin, age, sex, sexual preferences or in violation of the Federal or State Law.

2.2 All references to employees in this Agreement designate both sexes, and wherever the male gender is used, it shall be construed to include both male and female employees.

## ARTICLE 3
## UNION SECURITY

3.1 It shall be a condition of employment that all employees in the bargaining unit on the date of execution of this Agreement who are members of the Union in good standing shall remain members in good standing. Those employees who are not members of the Union, as a condition of continuous employment, shall become and remain members of the Union for the term of this Agreement upon completion of their probationary period

3.2 An employee who shall tender the periodic dues uniformly required as a condition of acquiring or retaining Union membership shall be deemed to have met the requirements of membership. In the event the Union shall seek the discharge of a member of the bargaining unit for failure to remain a member of the Union as defined herein, the Union shall inform the Employer in writing of the facts on which the request for discharge is based and within twenty-four (24) hours after receipt of such notice, the Employer shall suspend or terminate said employee, unless notified by the Union that said employee is in good standing.

3.3 The Employer shall deduct from the pay of each employee covered by this Agreement, all required Union membership dues, banking deductions, initiation fees, and C.O.P.E. check-off, provided that at the time of such deduction there was in the possession of the Employer a current lawful written assignment, executed by the employee, in a legal form. The Union agrees to indemnify the Employer against an award, judgment, loss or expense arising out of any claims made against it by an employee because of such deduction from his wages, or because of improper discharge under this Article.

3.4 The Employer shall give written notice to the Secretary-Treasurer and the Business Agent of the Union, those employees within the respective bargaining unit who become eligible for membership in the Union within one (1) week.

3.5 All monies deducted under this Article, except banking deductions, shall be given to the Secretary-Treasurer of the Union weekly.

## ARTICLE 4
## WAGES & HOURS OF WORK

4.1 (a) Employees in the classifications listed in Article 38 shall be paid the wage rates specified. All employees covered by terms of this Agreement shall work a four (4) hour minimum.

(b) Mutuels – Clerks will be paid 15 minutes before the start of their shift if they punch in eight (8) minutes early and 15 minutes after the completion of their shift.

(c) Gaming/Day shift – Validators will be paid 15 minutes before the start of their shift and 15 minutes after the completion of their shift.
Gaming/Evening shift – Validators will be paid 15 minutes before the start of their shift and 30 minutes after the completion of their shift. Once an employee begins working his shift in Gaming he will work his entire shift. This is exclusive of Article 4.1d

(d) No employee will be allowed to leave early without management approval. Except in an emergency situation. An emergency regarding auditors is defined as: Only when the computers and one or two of our sorting machines is down for more than a half hour, would allow management to assist with the completion of their daily functions.

4.2 The only exception to the above-mentioned minimum will be when employees are unable to work due to conditions beyond the control of Management: they will be paid a three (3) hour minimum.

4.3 All employees covered by the terms of this Agreement shall be paid at the rate of one and a half times (1 ½) times their gross rate of pay on the following days and/or holidays, whether they fall on the days assigned or are celebrated on another day.

| | |
|---|---|
| New Years Day | Veterans Day |
| Independence Day | December 31st |
| President's Day | T hanksgiving Day |
| Memorial Day | December 24th |
| Martin Luther King Day | Columbus Day |
| Victory Day | Labor Day |



In the event the Employer chooses to conduct racing or gaming shifts on Christmas Day, all employees covered by the terms of this Agreement shall be paid at time and one half plus $50.00 for each shift worked on Christmas Day in addition to the $55.00 Christmas bonus for all employees.

4.4 All the employees covered by this Agreement shall be paid in accordance with State law if they work on a Sunday. It is understood that any employee who voluntarily bids on a Sunday shift is required to work on that shift for the duration of the bid.

4.5 All employees will receive fifty-five ($55) dollars birthday pay. Benefit credit will accrue whether or not they work on this day.

4.6 The payroll period shall be from Sunday to Saturday inclusive with payday not later than Thursday of the following week. If payment is made by check, the Employer agrees to provide check cashing facilities on the Employer's premises for the purpose of cashing employee payroll checks. If the regular payday falls on a holiday employees shall be paid on the preceding day.

4.7 Lincoln Park will pay all state license fees effective 2004.

## ARTICLE 5
## EMPLOYMENT

5.1 It is agreed that the Employer shall have the right to direct and control it's employees, including the exclusive right to hire, transfer, promote, or discharge any employee for just cause. It is provided however, that any grievance arising out of promotion, transfer or discharge for cause shall be adjusted through the grievance procedures set forth in Article 12.

5.2 The Employer agrees not to employ any non-union employees on any day or evening whenever employees covered by this Agreement are available and contractually eligible for work and have signed in for work on the extra list. Employees who are not scheduled to work under 5.3 shall be considered available for work if they have signed up for work prior to the time the shift begins. The exception would be the middle shift on Saturday which will be filled by union members who sign up one half hour before the start of the shift. Employees will be paid the fifteen minutes before the start of the shift. If no employees have signed up, probationary employees will be assigned. Employees must sign themselves in. Employees who do not sign up prior to the time the shift begins will be allowed to work, if needed, after all other employees have been assigned. Those Union employees

who came in late will be put on only if needed. Any employee who is on a leave of absence from employment shall not be considered available for work for the next shift he is scheduled to work after his leave of absence ends, unless he notified the Mutud Department at least one day before the scheduled assignment and the Gaming Department one week before the employee's return.

5.3 During each racing shift, the Mutuel Department will announce over the inside address system, post on the bulletin board near the main money room, and put on the Mutuel Office answering machine, the name of the last employee who will be considered for employment for the next shift.

5.4 If any employee with lesser seniority is employed before a senior employee, then those senior affected employees who would have worked shall be paid the regular wage under Article 38.

5.5 (a) If an employee who is scheduled to work does not appear for work or fails to notify the Mutuel or Gaming Department of his/her absence within 2 hours after the start of their shift, that employee will not be considered for employment on his next scheduled shift. Suspensions for no call/no show will be served in the department where the infraction occurs. If an employee is late more than 30 minutes they will be sent home and suspended for their next shift also. After three no calls/ no shows in one (1) year period the employee will be terminated.

(b) In the event an emergency situation arises, as determined by the Mutuel or Gaming Managers, the penalty established above may be waived and the Union will be informed.

(c) If an employee reports to work within 30 minutes of the start of their shift they will be allowed to work. Employees who are late more than three times in any thirty day period will not be allowed to work the next time they call or come in late until all other Union employees have been put to work. The Union will be informed daily of all employees who phone in or come in late.

5.6 If an employee reports for roll-call and leaves after being dismissed by the Mutuel Department after the second race, but prior to the third, and additional help is required, then those affected employees that should have worked will receive the regular wage rate in Article 38 if an employee with less seniority is put to work.

5.7 (a) In the event that the Employer feels that the prospective handle warrants an adjustment in the number of employees prior to the reporting time, it is agreed that the number of employees may be increased or decreased accordingly. The Mutuel and Gaming Departments will make every effort to notify affected employees. Those employees not so notified and who appear at roll call shal be compensated under Article 7, if they do not work.



(b) Once an employee signs on his machine there shall be no reduction in the number of employees for that particular shift.

5.8 All employees shall be considered probationary employees until they have actually worked sixty (60) shifts in Mutuels and/or Gaming. Probationary employees may be discharged for any reason without recourse under this Agreement. Upon successful completion of their probationary period such employees shall be deemed regular employees and their seniority and contractual benefits shall commence.

5.9 Premium pay (1½ times their gross rate of pay) will be paid to all Employees for shifts designated as premium by Mutuel Department. The Kentucky Derby and Breeders' Cup will be designated as premium shifts. Workers will be given a two-week notification of additional shifts designated as premium shifts. Workers scheduled to work would be required to work that shift. Employees may sign up for the premium shift. Non-scheduled employees will be assigned by reverse seniority unless the employee would exceed forty (40) hours in which case the employer may choose not to assign that employee. If an employee works and exceeds forty (40) hours that employee will receive a maximum of time-and-a-half for that shift. This rate will be paid to all employees covered by the terms of this Agreement.

5.10 Employees on an authorized leave of absence or that have been granted authorized personal days shall be exempt from this section.

## ARTICLE 6
## MANAGEMENT RIGHTS

Except as there is contained in this Agreement any provision limiting the rights or discretion of the Employer, all rights, functions, prerogatives of the management of the Employer exercised or exercisable by it but forthe provisions of this Agreement shall remain vested exclusively in the Employer. Without limiting the generality of the foregoing, the Employer reserves to itself the exclusive right to hire, to direct the work force, to promote, transfer, or lay off employees because of lack of work. The Employer and the Union shall meet quarterly to discuss company rules and regulations that employees shall be required to observe, however the Employer does not give up any rights under this Article to implement the rules and regulations; to determine the schedules of work and the racing dates to be applied for; to discipline, suspend and discharge employees for just

cause; and at all times to determine the number of employees it needs and will employ in the various departments and job classifications covered by this Agreement, and shall not be obligated to employ any number of persons in excess of what the Employer deems necessary; provided that nothing herein shall be construed as authorizing violations of this Agreement or as depriving the Union of any rights granted by law. Any grievance arising out of promotions, transfers, or discharges for cause shall be adjusted through the arbitration procedure as set forth in Article 12 of this Agreement.

## ARTICLE 7
## PAYMENT FOR REPORTING TO WORK

7.1 Whenever the Employer fails to notify by radio or otherwise, of a shift cancellation, at least one (1) hour prior to the scheduled roll-call, all employees who are required to report to work shall be compensated in the sum of twenty ($20) dollars for travel time and expenses.

7.2 If races or gaming are cancelled for the day before the first race, each employee, such as a Division Head, Money Counter, and any other employee who is required to report before the regularly scheduled roll-call and who reports for work and performs his regular duties shall be paid the hourly rate for whatever hours were worked. These employees receiving payment for hours worked shall be entitled to the twenty ($20) dollars for travel and expenses.

7.3 It is understood and agreed that whenever the racing program has been canceled prior to one hour before the scheduled roll-call that notification of the cancellation of the racing program shall be made by the Employer on the Mutuel office answering machine and over two or more radio stations, the names of the stations to be posted on the bulletin boards.

## ARTICLE 8
## UNSCHEDULED SHIFTS AND WORK DAYS

8.1 In the event that the employees are requested to report for work on any unscheduled shift (day or night) of a quarter, it is understood that said employees who work shall receive their wages in accordance with Article 38.

8.2 The Employer shall place a notice on the Employer's bulletin boards advising employees of any unscheduled shift giving employees at least one week (1) week prior notice to make their availability to work said shift known to the Mutuel Office.

8.3 The hiring order for all employees covered by the terms of this Agreement on any unscheduled shift shall be according to seniority.



## ARTICLE 9
## REPORTING TIME

9.1 It is agreed that reporting time for employees covered by the terms of this Agreement shall not be more than fifteen (15) minutes before the start of their shift, except for those employees whose duties customarily require them to report for work earlier.

9.2 All employees covered hereunder shall continue to work until their shift is completed and their duties are completed. The Employer agrees to cooperate with the Union and not keep employees covered hereunder longer than necessary after the conclusion of each shift. Nothing contained herein shall be construed or is intended to limit the right of the Employer to schedule at its sole discretion the starting time or any change thereof.

9.3 All employees will be at their machines, ready to work, at the scheduled starting time of their shift. Any employee not at his machine at that time will be considered late for work and may be replaced by the Mutuel or Gaming Manager. Replacements will be made according to seniority. Employees, so replaced, will be allowed to work that shift if needed, after all other Union employees have been put to work. Employees more than fifteen (15) minutes late will not be paid for that fifteen (15) minute period. Employees who are late more than three (3) times in any thirty (30) day period will not be allowed to work the next time they call or come in late until all other Union employees have been put to work. The Union will be informed daily of all employees who phone in to be late.

9.4 Validators must have their windows open and be ready for business at their assigned time or will be considered late.

9.5 Mutuel clerks will sell all assigned signals.

## ARTICLE 10
## JOB BIDDING

10.1 All employees shall be given the opportunity to bid for any of the following positions at the beginning of each quarterly meet.

| | | | |
|---|---|---|---|
| A. | Division Head | F. | Validator\IRS |
| B. | Money Counter | G. | Validator\Comcheck |
| C. | Info\Change\IRS | H. | Validator\Keno |
| D. | Terminal Operator\ IRS | I. | Validator\Telecheck |
| E. | Check Cashier | J. | Any higher paying position |

10.2 Mutuel employees on a leave of absence may bid for a position upon the day they return if they were on leave at the time of the

posting of the bids. Gaming employees on a leave of absence must bid at the Job Fair if they intend on reporting back to work during the bid period.

10.3 A vacancy in the Mutuel Department occurs when an employee gives up, is relieved of or is absent from his job. The vacancy will be filled by the next person on the list who bids on that position and is scheduled to work that shift. All employees who bid for a job shall be eligible for the entire quarter to fill such vacancy in the order of their seniority. An employee shall be allowed to bid for more than one temporary vacancy.

10.4 All bids in the Mutuel Department will be posted on the employer's bulletin boards (with the date and time clearly written on top) at least seven (7) days prior to the beginning of each quarterly meet.

10.5 It is understood and agreed that in the event a job classification, which has been posted for a bid, is later abolished by the Employer, the employee who was the successful bidder shall be returned to the job he formerly held prior to his successful bid. If the job is reinstated the displaced employee shall be returned to that job.

10.6 If an employee assigned to a job vacancy in accordance with the provisions of this Article is, after a ten (10) day period of time, found by the Employer to be incapable of performing the duties of the job, the Employer may remove him from his job providing it return him to the job he formerly held. The employee shall retain his rights under Article 12.

10.7 The employer will make every effort to follow the provisions of Article 32 in filling vacancies resulting from an emergency or from the absence of an employee due to illness or other causes.

10.8 (a) In the Mutuel Department it is the intent and purpose that employees bid only for a job vacancy that said employee is seriously interested in and it is agreed that all successful bidders must accept the job assignment that they have bid on and remain on said assignment for at least ten (10) days, or until an employee who was on a leave of absence returns, or until the next job vacancies are posted for bid, or until said job assignment is abolished, whichever occurs first.

(b) After the ten (10) day period, an employee may bid off the job and return to the job he formerly held.



10.9 The Assistant Head Cashier shall be covered by the terms of this Agreement, except whenever a permanent vacancy occurs in this classification, the Employer shall have the right to fill such vacancy without regard to the seniority rights of any individual within the bargaining unit. However, employees filling this position shall not accrue seniority or benefits for working unless they would have normally been scheduled to work on that particular shift.

10.10 All employees who successfully bid for a position shall be provided with adequate training by management.

10.11 It is understood and agreed that factors of ability shall be considered, in addition to length of service. All other factors being equal as to qualification for the job involved, seniority shall be the determining factor.

## ARTICLE 11
## COMPLAINTS FILED AGAINST EMPLOYEE

11.1 Duplicate copies of all written, dated and signed complaints filed with any representative of the Employer shall be given within forty-eight (48) hours of the filing to the Union. The complaint must include the name, of the person making the complaint. In the event that a grievance arises from the complaint the person making the complaint must be informed he may be called to testify. If such complaints are not furnished to the Union in accordance with this provision they will be destroyed immediately.

11.2 All written, dated and signed complaints will be expunged from the employee's record after a period of one (1) year from the date the written complaint was filed. All expunged records and copies shall be given to the employee.

11.3 All employees covered by this Agreement shall have the right to inspect their personnel file in accordance with Rhode Island General Law 28-6.4-1.

## ARTICLE 12
## GRIEVANCE AND ARBITRATION PROCEDURE

12.1 A grievance shall mean a complaint by an employee or a complaint by the Union that there has been a violation, misrepresentation, or a misapplication of the provisions of this Agreement or violation of any established policy or practice. In addition, employees covered by this Agreement shall have the right to grieve any disciplinary action (see Article 27).

12.2 All grievances shall be resolved exclusively by the procedure set forth in this Article and shall be handled in the following steps:

*Step 1*: An employee having a grievance shall, in writing, bring the grievance to the attention of the Union within seven (7) days from the date of the event giving rise to the grievance or the grievant's knowledge thereof.

*Step 2*: The Mutuel and/or Gaming Manager (hereinafter "the Manager") shall meet with the Business Agent within five (5) days of the receipt of the grievance. Within five (5) days (unless otherwise agreed) from the date of that meeting, the Manager shall render a decision, in writing, with a copy of same delivered to the Business Agent.

*Step 3*: If the decision of the Manager is not acceptable to the Business Agent, then the duly designated representative of the Employer (hereinafter simply referred to as "the Employer") shall meet with the Business Agent within five (5) days of the Business Agent's receipt of the unacceptable decision. Within five (5) days (unless otherwise agreed) from the date of the meeting between the Employer and the Business Agent, the Employer shall render a decision, in writing, with a copy of same to be delivered to the Business Agent.

*Step 4*: If the decision of the Employer is not acceptable to the Union, then the Union may request an assignment of an arbitrator by the American Arbitration Association in accordance with its rules and regulations.

12.3 All effort will be made to use the Expedited Arbitration procedure through the American Arbitration Association for any grievance.

12.4 The Arbitrator shall have the power after the hearing has been completed, to make any decision, award, finding or direction, issue any and all mandatory directions, orders, and prohibitions as he may deem necessary and advisable in construing this Agreement or making any decision with reference to any breach thereof. However, the Arbitrator shall have no authority to add to, detract from, modify or disregard, any of the provisions of this Agreement. The decision and/or award of the Arbitrator shall be final and binding on both parties.

12.5 The compensation of the Arbitrator and all expenses in connection with such arbitration, except counsel and witness fees, shall be borne equally by the parties.



12.6 No employee individually shall have the right to institute any action, arbitration, or proceeding under this contract. All such rights shall vest solely in the Union.

12.7 If a grievance is not filed with the Employer within seven (7) days of the date of the event giving rise to the grievance or the grievant's knowledge thereof, or if the Union fails to demand arbitration under the rules of the American Arbitration Association within thirty (30) days of an unacceptable decision by the Employer [see Step 4], the grievance shall be deemed to have been waived.

## ARTICLE 13
## HEALTH CARE

13.1 (a) All Mutuel or Auditing Department employees who average twenty-six (26) hours per week in the Mutuels or Auditing Department. Employees who average thirty-one (31) hours per week in Gaming, or a combination of mutuels, validation and auditing for a six month period (Jan.-June, July-Dec.) shall be provided with fully paid individual health coverage. (BCBS Healthmate Coast to Coast Plan 200-Rx 5/15/30) and Dental coverage. Employees who are eligible for coverage under the contract and elect to waive coverage will be given $600.00 for each half year of eligibility. The dental plan will include root canals, oral surgery, and sealant treatments.

(b) Employees who average twenty (20) hours per week for a six month period (January-June, July-December) will be eligible for Health Insurance Coverage on a co-pay basis with the company contributing 50% of the premium and the employee contributing 50%. This will include Delta Dental.

13.2 All Union employees not eligible for coverage may enroll in the plan but must pay the entire cost of their membership themselves.

13.3 Employees payment in the plan must be made by payroll deductions, unless otherwise provided for.

13.4 No employee may use any health plan for double coverage. Any employee found doing this will have their coverage immediately terminated and the employee will be held liable for all costs paid by the Employer to the insurer.

13.5 The Employer, after consultation with the Union, may select another carrier but it must be substantially similar to existing coverage. Disputes will be resolved in accordance with Article 12.

13.6 In the event of cancellation due to weather, employees will receive credit for scheduled hours.

13.6.1 Lincoln Park will petition for participation in the 125 tax deferred program.

## ARTICLE 14
## JOB CLASSIFICATION

14.1 In the event the contents of any job classification are changed, either with respect to the duties performed therein or the responsibilities thereof, or should a new job classification be established during the term of this Agreement, the Employer and the Union will negotiate with respect to the daily rate of compensation to be paid to employees engaged in such classifications on the basis of skill, training and responsibilities thereof in relationship to the rates set by this Agreement for the existing job classifications, and upon failure to reach a mutually satisfactory agreement, the matter may be submitted to arbitration in accordance with the provisions of this Agreement, provided, however the new job classification may be put into effect immediately and the rate of pay as finally determined shall be retroactive to the first day that the job classification was in effect. The present job classifications are those, which are listed in the wage schedules in Article 38. The recognized and accepted duties attendant to such job classifications are those, which are in effect at the time this Agreement is signed. No employee shall be required to work outside of their classification on any day except by mutual agreement between the Employer and the Union.

ASSISTANT HEAD CASHIER
The Assistant Head Cashier will assist the Head Cashier in dealing money, making out reports, and exercise supervisory control over the mutuel money room personnel. The Assistant Head Cashier may count money whenever the number of moneybags to be counted is thirty-five (35) or less and assist the money counter if there are more than thirty five (35) bags.

DIVISION HEAD
The Division Head will assist the Assistant Head Cashier in preparing the money room and his or her division for daily business. These duties may consist of loading bags with money for draws, dealing money, counting money, preparing settlement sheets, preparing all necessary reports and doing whatever is necessary for the efficient operation of the division.

MONEY COUNTERS
Money Counters will report for duty no more than thirty (30) minutes before post time of the first race. Their money room duties shall include but not be limited to, counting money, bank shaping the money, preparing the settlement



sheets, skimming money from the terminal operators whenever necessary, and collecting bags at the end of each shift.

TERMINAL OPERATOR
Terminal Operators will be expected to sell tickets each race for all wagering pools, either manually or with betting slips, cancel tickets, and cash tickets for each race for all pools, for all tracks. This will be done in a courteous, accurate and efficient manner. Terminal operators will draw and return money to the money room (s) and change paper in the machine when necessary. All Terminal Operators will be at their machines ready to work when the bell rings, signifying that the machines are open. Terminal operators who are away from their machine other than their breaks may be subject to disciplinary action, in accordance with Article 27.

TERMINAL OPERATOR/IRS
All Terminal Operators/IRS shall sell/cash tickets, including IRS tickets, make change, cash checks, and provide information to patrons when requested to do so.

VALIDATORS
All validators shall courteously, accurately and efficiently assist customers in redeeming video lottery vouchers and in making change. Validators will assist customers and co-workers with comcheck when comcheck validator is off the window obtaining an increase or using the bathroom facilities. Validators must be at their window at beginning of shift and leave only during assigned breaks. Validators must count out money to customers at the window.

VALIDATOR/IRS
A validator/IRS shall courteously, accurately and efficiently assist customers in redeeming video lottery vouchers and in making change and shall perform the additional duty of cashing IRS tickets.

VALIDATOR/KENO
A validator/keno operator will courteously, efficiently and accurately validate Video Lottery vouchers, sell and cash Keno tickets, as well as Lottery tickets and make change. A reconciliation sheet must be completed between validators for breaks and change of shift.

VALIDATOR/COMCHECK
A validator/comcheck operator will courteously, efficiently and accurately validate Video Lottery vouchers, make change and assist and pay off customers on all comcheck requests. Validator/comcheck will require a copy of license for requests over $500.00.

VALIDATOR/TELECHECK

A validator/telecheck operator will courteously, efficiently and accurately validate Video Lottery vouchers, make change and cash checks and will also be required to keep separate record of service charge on cashing personal and payroll checks.

AUDITORS (Gaming)
An auditor (money counter) shall accurately and efficiently count, balance and strap money from the validators boxes and terminals.

CHECK CASHIERS
Check cashiers will cash payroll checks for employees on the designated payday.

14.2 TRAINING: All employees who successfully bid for a position shall be provided with adequate training by management.

14.3 BREAKS: All employees shall receive breaks in the following manner:

(a) TERMINAL OPERATORS, MUTUEL MONEY ROOM & AUDITORS
One fifteen (15) minute break per shift.
An additional fifteen (15) minute break when shift exceeds six (6) hours.
(b) VALIDATORS - One thirty (30) minute break each shift.

14.4 At no time will another employee be allowed to make use of the same money drawn by an employee on break

14.5 The junior validator in each room shall do breaks in said room. Validator/Telecheck, Validator/Keno and Validator/Comcheck are excluded from covering breaks regardless of seniority.

## ARTICLE 15
## LABOR-SAVING METHODS AND DEVICES INCLUDING AUTOMATION

It is agreed that the Employer shall have the right to introduce labor-saving methods and devices, including automation, in the Mutuel and Gaming Departments upon the following conditions:

15.1 The Employer agrees to enter into negotiations with the Union over the introduction of any laborsaving methods and devices including automation. The Employer agrees to give the Union at least sixty (60) days notice of the introduction of any laborsaving method and device including automation, which will result in an employee being displaced or replaced from his job.



15.2 The Employer agrees to make every effort to utilize any employee displaced as a result of the introduction of any laborsaving device, including automation, at other assignments in the Mutuel and Gaming Departments on the basis of seniority and ability.

15.3 It is understood that an employee who is displaced from his job because of labor-saving methods or devices including automation and remains in the employ of the Employer on another assignment, shall receive the rate of pay for the new position and the increases in wages and benefits as all other employees in that same job receive during the life of this Agreement.

15.4 In the event new categories of work result, the Employer and the Union agree to negotiate pay scales for those new categories in fair and proper relationship to those now set forth in this Agreement, with due consideration for the amount of skill required to competently fill these new positions. Proper training will be provided by management.

15.5 It is agreed that up to twenty (20) SAMS may be used during live and simulcast events and ten (10) SAMS may be used during simulcast only events.

15.6 It is understood and agreed by the Employer and the Union that in the event that the Video Lottery terminals are converted to coin operated slot machines or if any new types of wagering or gaming are introduced at Lincoln Park, and new categories of work result, the Employer and the Union agree to negotiate pay scales for these new categories in fair and proper relationship to those now set forth in this Agreement. Any training required will be provided by management.

## ARTICLE 16
## RIGHTS OF UNION OFFICIALS

16.1 It is agreed that the Employer shall provide office space on the Employer's premises to the Union for the purpose of conducting Union business. All Union officials shall have access at all times to the aforesaid space.

16.2 The Business Agent shall be free to conduct Union business daily as long as it does not interfere with normal conduct of the Employer's business.

16.3 The Employer shall make office space available to Union on an as needed basis for purposes of meeting with members for grievances and other Union related business. Employer will co-operate with Union in obtaining approval for a phone. Union will pay for the cost of any phone line.

16.4 Union representatives who participate on the Union negotiating team will not be charged for using unpaid leave days provided in the contract.

## ARTICLE 17
## EMPLOYMENT IN A HIGHER CLASSIFICATION

In the event that any employee is employed in more than one classification during any one shift, the employee's rate of pay shall be based upon the rate for the higher classification.

## ARTICLE 18
## OVERAGES AND SHORTAGES

18.1 Each employee shall be financially responsible for his proven shortages and liability to be determined by the Employer. All shortages and overages shall be paid at the reporting time of the following shift the employee is scheduled to work or the employee will not be permitted to work. The Union shall be furnished a duplicate of the Over and Short list daily. Validators are instructed to count their box and increases when received. Validators are instructed to scan all tickets and to receive receipts before paying customers. Shortages as a result of not counting your box, increases or not scanning first will be the responsibility of the validator.

18.2 Management reserves the right to discipline employees for excessive shortages as provided in Article 27. However, Management will have the otion and may install a payment schedule for employees with a proven legitimate shortage who do not normally experience shortages. This section will be administered on a fair and equitable basis.

18.3 Employees shall not be held accountable to the Employer for any loss or shortage, when such loss or shortage is caused by:

A. Acceptance of counterfeit tickets or money, which is clearly not detectable.

B. Ticket jams caused by proven machine malfunctions. The clerk involved in the ticket jam will have no claim to any tickets paid for by the Employer.

C. Catastrophe or other external causes beyond the control of the employee.

D. Employees are not responsible for any payment authorized by management.

18.4 Within thirty (30) days from the execution of this Agreement, management will provide new money boxes with covers and locks.



## ARTICLE 19
## PARKING FACILITIES FOR EMPLOYEES

Secure parking facilities shall be provided for, by the Employer. Security shall be provided within the parking area until fifteen (15) minutes after the last shift is completed.

## ARTICLE 20
## BULLETIN BOARDS

The Employer shall provide space for the Union bulletin boards. At least one shall be located on each level for the posting of notices covering Union affairs and other non-controversial information.

## ARTICLE 21
## MILITARY SERVICE

It is agreed and understood that all employees represented by the Union shall be entitled to all reemployment rights for which they qualify under the Vietnam Era Readjustment Act of 1974 and/or any successor statute.

## ARTICLE 22
## RULES AND REGULATIONS

22.1 The Employer shall have the right to issue reasonable Rules and Regulations provided however, that no rule or regulation shall contradict or supersede the provisions of this Agreement, nor shall any rule or regulation violate any state or federal law.

22.2 Any employee who violates the Rules and Regulations shall be subject to disciplinary action up to and including termination of employment for violation thereof in accordance with Article 27, Discipline and Discharge.

22.3 The Employer shall submit a copy of the Rules and Regulations in writing and shall notify each employee in writing of its rules and regulations by posting two or more copies of same on bulletin boards in the Mutuel and Gaming Departments. All rules and regulations will be dated and signed at the time of posting.

22.4 The employer shall notify the Business Agent of any new or amended change in the Rules and Regulations at least twenty (20) days before the effective date in order to give the Union an opportunity to comment with respect to the rule and regulation.

## ARTICLE 23
## DRESS CODE

MUTUEL DEPARTMENT

1. Employees will be provided with polo shirts.

2. Employees will wear black or khaki slacks, skirts or walking shorts.

3. Black sweaters, approved by the Mutuel Manager may be worn.

VALIDATORS

1. Tuxedo shirts will be worn by all validators. Shirts will be provided by management. Tuxedo shirts will be tucked in or tailored.

2. Employees will wear black pants, black skirts to the knee, black dress jeans or black walking shorts to the knee.

3. Black sweaters, approved by the Gaming Manager, may be worn.

AUDITORS

Uniforms without pockets will be provided by Lincoln Park to all Auditors and must be worn when working in the VLT money room. Uniforms cannot be rolled in any way, and must be zipped at all times. Employees are not allowed to wear headgear of any kind unless it is transparent. Hooded sweatshirts are not allowed to be worn under the uniform.

## ARTICLE 24
## PICKET LINES

Employees shall have the right, without imposition of any disciplinary action whatsoever and without loss or suspension from their jobs and without loss of seniority, to refuse to cross a legally constituted picket line of any Union.

## ARTICLE 25
## NO STRIKES – NO LOCKOUTS

The Union agrees that during the term of this Agreement neither itnor any of its members or representatives shall call, cause, authorize, instigate, ratify or engage in any strike or walkout of any kind, for any reason. The Employer agrees that there shall be no lockout during the term of this Agreement.

## ARTICLE 26
## LIFE INSURANCE

26.1 The amount of Four Thousand Dollars ($4000.00) insurance coverage shall be provided for each employee who has worked 100 shifts during the year in which death occurs, or who has worked 100 shifts during the previous year.

26.2 The amount of Three Thousand Five Hundred ($3500.00) Dollars insurance coverage shall be provided for each employee who has worked 75 shifts during the year in which death occurs, or who has worked 75 shifts during the previous year.



26.3 It is further agreed that an employee who has been granted a leave of absence because of illness or injury in writing and approved by the Employer and the Union on an approved form shall be entitled to the life insurance provision of this Agreement up to the time of his termination of his leave of absence.

26.4 In the event that an employee resigns, is discharged for cause, or whose membership in the Union is not in good standing, then the employee shall not be entitled to life insurance benefits.

26.5 The amount of said life insurance is to be paid to the beneficiary designated by the employee.

26.6 Approved leave shall be credited as workdays under the provision of this Article.

## ARTICLE 27
## DISCIPLINE AND DISCHARGE

27.1 The Employer shall have the right to discipline or discharge an employee for just cause, which shall include but not be limited to excessive absenteeism incompetence, dishonesty, intoxication, or failure or refusal to carry out instructions relating to the business of the Employer.

27.2 Management will make every attempt to enforce the contract and dispense discipline in a fair and consistent manner by employing a progressive discipline system. If violation of company policies occurs, the following disciplinary guidelines will be enforced. The standard progression of discipline is as follows:

STEP 1: Counseling/verbal warning

STEP 2: Written warning (s) - Management reserves the right to issue a second written warning for a different infraction.

STEP 3: Suspension (s) - Management may elect to suspend more than once Depending on the severity of the incident.

STEP 4: Termination

27.3 When an employee's work is deemed by the Employer to be unsatisfactory because of inefficiency, the employee and the Union shall be so notified in writing by the Employer. If thereafter, the employee fails to attain satisfactory efficiency within a reasonable period of time, he shall be subject to disciplinary action, as provided above.

27.4 Normally, verbal and written warnings, as well as the day-to-day enforcement of the contract, will be the responsibility of the Department Managers or their assistants. Suspensions or terminations will be the responsibility of the General Manager, the Department Manager or the Director of Human Resources. Department Managers or their assistants in the Mutuel or Gaming Departments will be responsible for the day to day enforcement of the rules and regulations of the Employer. All reprimands shall be issued in as much privacy as possible and a Union representative will be present at all meetings with an employee which involves any potential disciplinary action such as a written warning, suspension or termination.

27.5 In the event that any employee is disciplined by either a suspension or otherwise, the Employer shall within forty-eight (48) hours give written notice thereof to the Union setting forth the complaint against the employee.

27.6 Written reprimands given to the employees for infractions of this contract or of the rules and regulations of the Employer shall be expunged from employee's record if after a period of one (1) year no further infractions have been committed by the employee.

27.7 All written reprimands shall be returned to the employee upon request.

## ARTICLE 28
## LEAVES OF ABSENCE

28.1 PARENTAL AND FAMILY MEDICAL LEAVE – Consistent with the Family and Medical Leave Act of 1993 employees employed for one (1) year or more will be granted leave under the conditions of the Act of childbirth, adoption of a child under 18, care of a spouse, son, daughter or parent or a serious health condition. Benefit credits shall accrue for leaves granted under this section for a minimum of one (1) week to a maximum period of one (1) year.

28.2 UNPAID LEAVE – Full-time employees may be permitted ten (10) unpaid days per year. These days will not count toward benefit accrual.

28.3 Excused absences in excess of those listed in Article 28.2 may be granted due to reasons beyond the employees' control, but during such extension benefit credit shall not accrue.

28.4 MATERNITY LEAVE – Maternity leave may be granted under the same conditions as leaves in Section 28.1 are granted under this Agreement. The attending physician shall determine the commencement, duration and expiration of such leave. Leaves granted under this section shall not exceed one (1) year and benefit credits shall accrue while the employee is on maternity leave.



28.5 Whenever a member of the Executive Board of the Union is called upon to act in any official capacity for the Union on any day he or she is scheduled to work, said Union official shall not be charged with a leave of absence and/or personal day.

28.6 The Employer and the Union agrees that there will be no discrimination against employees in the granting or withholding of leaves of absence or personal days.

28.7 (a) Requests for a leave of absence must be in writing no later than five (5) working days prior to the effective date of such leave. The Employer within three (3) working days of the date of receipt of the aforesaid request shall notify the Union in writing of the granting or denial of such leave.

(b) In the event that an emergency situation arises beyond the control of the employee, the five (5) day period established in Section 28.7 (a) will be waived by both the Employer and the Union.

28.8 It is understood and agreed that any employee who has been granted an official leave of absence as set forth in this Article under Section 1, 2, and 4, shall upon return to work, be re-employed in the same classification in which he was employed at the commencement of his leave of absence without loss of pay status. It is further agreed that any employee on an official leave of absence shall not be eligible for employment during the entire period of the leave of absence. Employees on leave of absence may accept employment on any particular shift on whatever jobs are open after all other employees who are scheduled to work have been assigned. However, acceptance of employment during this period by any employee who is on official leave of absence shall not be considered as a waiver by the employee of the leave of absence that was previously granted by the Employer. The exception will be Article 10.2.

28.9 Should the Business Agent of the Union desire to work full time in that capacity, a leave of one (1) year will be granted.

28.10 All employees are entitled to benefits under the State and Federal Family Leave Laws.

## ARTICLE 29
## BEREAVEMENT LEAVE

29.1 All employees except probationary employees, who suffer a death in the family as herein defined, shall be entitled to a five (5) day leave of absence from the employees normal scheduled days of work with a one (1) day pay.

29.2 For the purpose of this Article, family shall include the employee's brother, sister, parent-in-law, brother-in-law, sister-in-law, daughter-in-law, son-in-law, stepmother, stepfather, stepchildren, grandparents, grandchildren, nieces, nephews, aunts and uncles.

29.3 A three (3) day pay for spouse, child, parents and live-in partner.

29.4 Payments under this Article shall be for hours the employee would have worked. Employees who take a paid bereavement will receive benefit credit for scheduled hours.

29.5 To be eligible for payment under this Article, an employee must comply with the following requirements.

A.. Present an obituary notice from the newspaper or a copy of a death certificate.

B. Notify the Mutuel or Gaming Department before the scheduled reporting time.

C. Employee would have worked had said employee reported for work.

29.6 An employee who wishes to file a claim for the funeral pay must file a completed form provided by the Employer no later than thirty (30) days after the funeral.

## ARTICLE 30
## LEAVE OF ABSENCE – JURY DUTY

An employee who is required to serve on a jury shall be paid the difference between the fee paid for such jury duty and the employee's regular straight time wage for all time lost as a result of serving on a jury. To be eligible for jury duty pay, the employee must promptly notify the Employer after receipt of notice to report for jury duty and must furnish the Employer a statement of record from the appropriate public official showing the dates and time served and the amount of pay received.

## ARTICLE 31
## VACATION

31.1 All full-time employees will be eligible for vacation in accordance with the schedule below. A full-time employee must average twenty-six (26) hours as a mutuel clerk or auditor; Thirty-five (35) hours in combination as a mutuel clerk/validator/auditor. Vacation eligibility will be determined on January 1 of the year (e.g., to be eligible for the 6-14 year category, you must have completed 6 full years prior to January 1 of the year



you are eligible for three (3) paid weeks.) Vacation pay will be computed by the average weekly hours worked in each department the previous year.
Employees who have vacation remaining at the end of a calendar year will be paid.

The schedule is as follows:

After the completion of 1 to 2 years 1 week
After the completion of 3 to 5 years 2 weeks
After the completion of 6 to 14 years 3 weeks
After the completion of 14+ years 4 weeks

31.2 Department managers will be notified of vacation requests at least one week prior to a vacation of one week or more and two days prior to vacations of less than one week.

VACATION FIGURED BY HOURS:

31.3 An example of how vacation pay shall be calculated follows: assume an Employee worked an average of 40 hours per week and is entitled to 4 weeks vacation.

| | TOTAL | % |
|---|---|---|
| MUTUEL HOURS | 1002.75 | 55% |
| VALIDATION HOURS | 394.00 | 22% |
| AUDITING HOURS | 425.50 | 23% |

TOTAL HOURS WORKED IN EACH DEPARTMENT DIVIDED BY TOTAL HOURS WORKED EQUALS PERCENTAGES.
40 HOURS WITH 4 WEEKS = 160 HOURS

| | | |
|---|---|---|
| MUTUELS | 55% x 160 = 88 HOURS @ $17.95 = | $1,579.60 |
| VALIDATION | 22% x 160 = 35.20 HOURS @ $11.95 = | $ 420.64 |
| AUDITING | 23% x 160 = 36.80 HOURS @ $12.90 = | $ 474.72 |
| | TOTAL | $2,474.96 |

## ARTICLE 32
## SENIORITY

32.1 The Employer shall recognize the principle of seniority. Seniority shall be the total period of employment as an employee of the Employer commencing at the time when an Employee completes their probationary period and becomes a Union member. Seniority shall be continuous up to the date that the employee is either discharged or resigns. If an employee is rehired at a later date, seniority shall commence at the date of eligibility. However, if an

employee is discharged and re-employed under Article 12, the employee's seniority shall be continuous.

32.2 Job assignments and employment shall be governed by the principle of seniority for all employees covered under this Agreement. Transfers will be allowed between the job classifications covered under this Agreement in accordance with the Seniority List.

32.3 The Employer shall keep an up-to-date Master Seniority List containing the names of every Union employee and their established seniority and shall supply the Union with a copy on a quarterly basis.

32.4 The determination of whether or not there is to be a layoff or demotion is the prerogative of the Employer. In the event of layoffs or demotions, those employees on the list with the least amount of seniority shall be the first to be laid off or demoted, regardless of their job preference (i.e. XL, L, S)

32.5 The hiring order for all employees shall be as follows:

A. Employees who have applied for the particular shift in order of their seniority.

B. Employees who have not applied for the particular shift in order of their seniority.

C. Employees who are on an authorized leave of absence.

32.6 Rehiring after a layoff shall be in the reverse order of the layoff, that is, the last to be laid off shall be the first to be rehired, if available.

32.7 Seniority shall govern the priority of applicants and employees in determining who shall be hired for shifts, which are available at the beginning or during a quarterly sign-up. Seniority shall also be the determining factor with respect to job bidding, vacancies, extra duty assignments, demotions and/or layoffs.

32.8 Employees shall lose all of their seniority if:

A. The employee quits the employment of the Employer.

B. The employee is discharged for cause and is not reinstated.

C. An employee who has not been granted a leave of absence under Article 28 and does not apply to work more than fifty (50) shifts per year.



32.9 An employee who returns from a leave of absence for illness may, upon written request from his physician, reduce the number of shifts the employee has signed up to work up to three (3) weeks or until the physician authorizes the employee to return to work full time.

32.10 For the purpose of seniority, leaves of absence, benefits and any other related items, the Employer shall be considered as having four (4) quarters each year.

32.11 In the Mutuel Department, once you are scheduled for the middle shift, you must work your scheduled assignment there. Once the Gaming schedule has been posted for the following week, you must work your scheduled assignment there.

32.12 The practice of calling out in one department to work in another department will not be permitted. The exception will be as follows: If an employee is scheduled to work in one department and cannot make that shift they can in writing give a three day notice informing the manager they cannot work their scheduled shift; thus making them eligible for work in another department. This three day notice will not be granted for employees to work in another department on Sunday and Holidays.

32.13 If an employee is called and accepts a shift, the employer need not be required to call that employee if another shift opens.

## ARTICLE 33
## BID FAIR-VALIDATION/MUTUELS

33.1 (a) If a Bid Fair is held for validations, employees will be called by order of seniority and will be allowed to sign up for shifts available up to forty (40) hours. Employees who successfully bid for a gaming shift which would give them over forty hours for the week would be permitted to bid on that shift. In the event more than forty hours are bid on and won, management will then, at their discretion, be allowed to start their shift at a later time or end their shift earlier, so as not to have the employee go over forty (40) hours; this does not apply to any employee on the extra list. The forty hours will take into consideration the fifteen (15) minutes allowed before; the fifteen minutes allowed after the day shift or thirty minutes allowed on the night shift to set up and prove. If a double shift is being worked with a break in between shifts, the fifteen minutes at the end of the first shift and beginning of the second shift will be calculated.

(b) Employees in the Mutuel Department shall have the option of ap-

plying for as many shifts as they desire to work, (preference must be stated for each shift) when they fill out their work schedule as long as the total number of hours worked doesn't exceed forty hours. Management reserves the right to end the shift of any employee who reaches forty hours and the four hour limit will not apply to that shift. Scheduled bid hours in the gaming department will be worked in the Gaming Department. Any adjustment needed to complete forty hours between the two departments will be made in Mutuels either at the beginning of the week if they have more than four hours to work or on Saturday if they need less than four hours. (e.g. I have 34.5 bid hours in gaming; I want to work in Mutuels on Sunday and I get the long shift; I am sent home at 5.5 hours. Or I have 34.5 bid hours in gaming and I work the short shift in Mutuels on Sunday giving me 38.5 hours; I would have to work on Saturday or the end of the week to obtain 40 hours if I choose.) If a clerk has less than four hours to complete their 40 hours they have the option of working. They will not be charged a personal day should they decide not to work. Clerks must have one and a half hours or more to work to complete their 40 hour work week. Less than that they will not be considered eligible for work. Employees who bid 40 hours in gaming and would like to makeup lost hours must give the Mutuel Department a one-day notice to be eligible to work their bid mutuel shift.

33.2 (a) Bid fairs will be held on a quarterly basis. The quarter will end on the last Saturday of March, June, September and December. The Bid Fair will be held on the following Tuesday and the new biding will take effect on the following Sunday. In the event of an additional live racing performance, a new bid would be held. If simulcast racing is added on a day which it is not currently held, a new bid will be held. Bids necessitated by additional live racing or simulcasting may be held in conjunction with the regular four yearly bids if possible. In Mutuels once a new schedule has started, employees will not be allowed to change their work schedule until the next schedule change. In Gaming employees will not be allowed to add, delete or change their bid once they leave once they have left the bid table until the next schedule change.

(b) At the time of the Bid Fair, "extra sheets" will be provided for signing for any available shifts, day or nights. If it is necessary to fill available shifts, names will be taken from this list in order of seniority. Once a new schedule has started, validators may elect in writing to remove their name "reserve list" or add their name to the bottom of the reserve list.

(c) New Union members go to the bottom of the reserve list for shifts they wish to work once the schedule has started.



(d) If an IRS window is available, the senior person on Com-Check will be elevated to IRS.

33.3 If names taken from the "extra" list are listed on the schedule, the employee will be expected to work that shift that week. If the name is not listed on the schedule and the Employer needs to call from the "extra" list, the employee has the right to refuse that shift for that week with no penalty.

33.4 When filling vacancies from the "extra" list and everyone on the list who would be eligible refuses or are unavailable, management will have the right to call in any employee of the Gaming Department, union or non-union, to fill the vacancy. If on the same day a union member is called to work for any day or night shift and the union member refuses the shift; management will not call that person again if another day or night shift opens on that same day or night in that same time slot. (e.g. I refuse a day shift starting at 10:00 a.m. and another opens for the same day; management will not call me back to offer it to me.) Management will call the employee back if a 12:00 shift becomes available on that same day and the employee is next on the reserve list and eligible.

33.5 When calling to fill vacancies, which require filling in one hour or less, only primary phone numbers will be called. A primary phone number must be provided by the employee to management in writing. It is the employee's responsibility to notify the Gaming Department as to the numbers to be called when filling other vacancies.

33.6 Sign-up sheets will also be available prior to the Bid Fair in the Mutuel Department. Auditors will bid with validators. They will also be posted on the bulletin boards forty-eight (48) hours prior to the deadline. Shifts will be awarded according to seniority.

## ARTICLE 34
## SERVICE EMPLOYEES INDUSTRY PENSION FUND

34.1 The Employer adopts and incorporates herein by reference the Standard Form of Agreement, for participation in the SEIU National Industry Pension Fund. In addition to all of the other terms and conditions contained therein, the Employer agrees to contribute from its fund on behalf of all eligible employees of said SEIU National Industry Pension Fund the following hourly amounts for the term of this Agreement:

| | 2/1/03 | 2/1/04 | 2/1/05 | 2/1/06 |
|---|---|---|---|---|
| Mutuel Clerks | $1.70 | $1.80 | $1.90 | $2.00 |
| Validators | $1.45 | $1.60 | $1.75 | $1.90 |
| Auditors | $1.45 | $1.60 | $1.75 | $1.90 |

34.2 Contributions to the SEIU National Industry Pension Fund will be made by the Employer for only the amount of hours those eligible employees actually work to a maximum of forty (40) hours.

## ARTICLE 35
## RE-OPENING CLAUSE

During the life of this Agreement, either party hereto shall have the right to re-open said Agreement providing any of the following circumstances exists:

35.1 In the event that the Employer participates in any new type of wagering such as Off-Track Betting or Cross-Track Betting, the Employer and the Union will negotiate with respect to new job classifications, job duties, working conditions, and wages for new or additional work performed as a direct result of any such system of betting. This does not include new types of betting pools such as perfecta, twin trifecta, etc.

35.2 When and if the Employer conducts telephone wagering during the life of this Agreement, either as advanced wagering or during the running of the races, the Employer and the Union will negotiate with respect to daily rates of compensation to be paid to employees in such classifications (Call a Bet Operator)

35.3 Anything in Article 35.1 and 35.2, which deals with the acceptance of wagering, the Union shall be recognized as the exclusive bargaining representative.

35.4 If the employer introduces equipment such as Carry Around Terminals (CATE), the Employer and the Union will negotiate with respect to any new job classifications, job duties, working conditions, and wages for new or additional work performed as a direct result of any new equipment.

35.5 In the event that either party desires to reopen this Agreement on the basis of any of the forgoing conditions, said party shall give fifteen (15) days prior written notice to the other party of its intention to reopen this Agreement. In the event of service of such notice, the parties shall meet promptly thereafter and proceed with negotiations. Despite such notice, this Agreement shall continue to be in full force and effect and binding on the Employer and the Union.



## ARTICLE 36
## GENERAL PROVISIONS

36.1 In the event that any section of this Agreement shall be found not to be in accordance with the provisions of the General Laws of the State of Rhode Island, such section only shall be stricken from the Agreement and not be binding on the employee or the Union. If any such section should be stricken, the remainder of the Agreement shall remain in full force and effect and binding on both parties and all of the provisions of this Agreement with respect to wages, terms and conditions of employment shall prevail whether or not racing, simulcasting or gaming is conducted during the day or evening, separately or in conjunction.

36.2 The Union and the Union officials signing this Agreement represent that this Agreement has been submitted to the members of the Union at a meeting and duly approved and ratified by a proper vote of the members of the Union and that such approval by virtue of the Constitution and By-Laws of the Union is binding upon all members of the Union and all members represented by the Union.

36.3 It is understood and agreed that whenever the Employer leases, sub-leases, sub-contracts, or sells its premises or any portion of its premises to an organization for the purpose of conducting any form of wagering or gaming, provisions shall be made in said lease for the lessee or in said sales agreement buyer, to accept and adopt the provisions and terms of this Agreement.

36.4 This Agreement constitutes the entire Agreement between the Employer and the Union arrived at as the result of collective bargaining negotiations, exempt such amendments hereto as shall be reduced to writing and signed by the parties. The parties acknowledge that during that during the negotiations which resulted in this Agreement, each has had the unlimited right and opportunity to make demands with respect to any subject or matter not removed by law from the area of collective bargaining and that the understanding and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in this Agreement.

## ARTICLE 37
## DURATION OF AGREEMENT

This Agreement shall be effective as of February 1, 2003 and shall remain in full force and effect up to and including January 31, 2007 and shall be consid-

ered automatically renewed from year to year thereafter, unless at least sixty (60) days prior to the end of any effective period, either party shall serve written notice upon the other that if desires to terminate this Agreement, revise it, or modify any designated provision or provisions thereof. If such notice were given, the existing Agreement shall expire at its normal expiration date unless extended in writing by mutual agreement.

## ARTICLE 38
## WAGE RATES

| | 2/1/03 | 2/1/04 | 2/1/05 | 2/1/06 |
|---|---|---|---|---|
| ASSISTANT HEAD CASHIER | $20.25 | $20.55 | $20.85 | $21.15 |
| DIVISION HEAD | $20.25 | $20.55 | $20.85 | $21.15 |
| MONEY COUNTER | $18.85 | $19.15 | $19.45 | $19.75 |
| TERMINAL OPERATORS | $18.25 | $18.55 | $18.85 | $19.15 |
| TERMINAL OPERATORS, IRS | $18.25 | $18.55 | $18.85 | $19.15 |
| VALIDATORS | $12.35 | $12.75 | $13.15 | $13.55 |
| VALIDATORS\IRS | $12.35 | $12.75 | $13.15 | $13.55 |
| VALIDATOR\COMCHECK | $12.35 | $12.75 | $13.15 | $13.55 |
| VALIDATOR\TELECHECK | $12.35 | $12.75 | $13.15 | $13.55 |
| VALIDATOR\KENO | $12.35 | $12.75 | $13.15 | $13.55 |
| AUDITORS | $12.70 | $13.10 | $13.50 | $13.90 |
| CHECK CASHING | 1 hour mutuel pay | | | |

Employees with less than two (2) years, serving their apprenticeship will receive the apprenticeship rates as follows:
(Note: This will not affect employees in the gaming Department.)

First Year 85% of full rate Second Year 90% of full rate

After completion of second year of apprenticeship individuals shall be paid at current contract mutuel rate.

A signing bonus of $150.00 will be given to all employees within two weeks of ratification.

## ARTICLE 39
## HEALTH AND WELFARE

It shall be the policy of the Employer and the Union to promote and maintain a healthy work environment to safeguard all employees. Local 334 will be assigned a permanent seat on the existing Joint Committee on Health & Safety.



IN WITNESS WHEREOF, the named parties have attached their signatures to this ______ day of May 2003, in duplicate.

**LINCOLN PARK**

Witness

**Mutuel/Gaming Clerks Union of Rhode Island Local 334**
Affiliated with the Service Employees International Union AFL-CIO

Witness

**MEMORANDUM OF UNDERSTANDING**

In the event live racing performances decrease on a Monday and Wednesday, it will only occur at the beginning of a bid. In the event of a decrease in live performances on Monday and Wednesday, any employee who is displaced and not eligible for replacement shifts will receive vacation and health credit based on January-June (03). Any employee who qualifies for coverage in January 2004 will have coverage through June 2004. In order to continue coverage beyond June 2004, an employee must work 26 hours (mutuels) or 35 hours (Mutuels, Valida-