

# PLAYERS CLUB RULES & REGULATIONS

**Starting January 9, 2006 Players Club members must check-in by swiping their Players Club card at one of the Lincoln Park Swipe and Win kiosks in order to receive credit for that day's play. NO EXCEPTIONS.**

- Players Club membership is free.
- Must be at least 18 years of age to participate.
- Valid photo ID is necessary for all transactions.
- Membership is nontransferable. Joint accounts are not available.
- Management reserves all rights to change, cancel or alter any promotion or club membership without prior notice.
- Players Club card usage by persons other than the actual card holder can result in loss of Players Club privileges.
- Other rules and regulations may apply. Usage of your Players Club card indicates your acceptance of the complete Players Club rules and regulations.
- Individuals employed at Lincoln Park are not allowed to participate in the Lincoln Park Players Club program. NO EXCEPTIONS.
- The Lincoln Park Players Club card is property of Lincoln Park and is subject to cancellation or surrender upon request.
- Accounts with no activity after 13 months will be expired.

**Lincoln Park**

If you or someone you know has a gambling problem, call 1-877-9GAMBLE.




# APPLICATION

Name: ______________________________

Address: ______________________________

City: ______________________________

State: ______________ Zip: ______________

Phone: ______________ Email: ______________

Wedding Anniversary: ______________________________

Occupation: ______________________________

Social Security # (optional): ______________________________

Spouse Card # (if known): ______________________________

Please indicate your interest in the following items: (Check all that apply)

- ❑ Slot Tournaments
- ❑ Promotions & Giveaways
- ❑ Dining
- ❑ Shuttle Bus Services
- ❑ Sports Viewing & Tournaments
- ❑ Entertainment Events
- ❑ Convention Facilities

Signature: ______________________________ Date: ______________

Park Use Only: ______________________________