BLB

## GUEST LIST CONFIDENTIALITY POLICY

As an employee of BLB, Inc., I understand that all information pertaining to preferred guests or any guest lists is the sole property of BLB, Inc.

Information pertaining to preferred guests or guest lists may be printed, copied, or possessed, or used only on the behalf of BLB, Inc. and only with the expressed written consent of the Director of Marketing or the General Manager.

This policy includes, but is not limited to, names, addresses, phone numbers, financial, and gaming information.

Any compromising of the BLB, Inc. guest list or violation of the Guest Database Confidentiality Policy will result in termination of employment and potential legal action.

I have read the BLB, Inc. Guest Database Asset Protection (Confidentiality) Policy and understand the terms and conditions of this policy, and will abide by its provisions.

| ______________________ | ______________________ | ____________ |
|---|---|---|
| Signature | Print Name | Date |
| ______________________ | ______________________ | ____________ |
| Witness | Print Name | Date |