# MUTUEL and GAMING CLERKS

SEIU LOCAL #334

## GRIEVANCE REPORT FORM

GRIEVANCE # 2-8-06

## Statement of Grievance:

Grievance –

The Company (BLB Enterprises) owners of Lincoln Park have established and continue to staff players club positions in violation of Articles 1, 4, 5, and 15 and all other pertinent provisions of the contract between said Company and SEIU Local 334.

## Corrective Action Requested:

Remedy-

Include positions into the locals bargaining unit. Make the union and its members whole. Cease and desist action of hiring non union members for these positions. Negotiate in good faith.

On behalf of All Local 334 Members.

Signature of Member: [signature]

Signature of R...