**American Arbitration Association**
**Voluntary Labor Arbitration Rules**

DEMAND FOR ARBITRATION

MEDIATION Please consult the AAA regarding mediation procedures. If you want the AAA to contact the other party and attempt to arrange a mediation, please mark an "X" here _________.

Date: March 24, 2006

To: Name Lincoln Park
(of the Party on Whom the Demand is Made)
Address 1600 Louisquisset Pike
City and State Lincoln RI ZIP Code 02865
Telephone (401) 720-park Fax (401) 727-4770
Name of Representative Bernard Singleton
(if known)
Name of Firm (if Applicable) ______
Representative's Address ______
City and State ______ ZIP Code ______
Telephone (____) ______ Fax (____) ______

The named claimant, a party to an arbitration agreement contained in a written contract, dated May, 2003 and providing for arbitration under the Voluntary Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder. (Attach the arbitration clause or quote it hereunder.)

NATURE OF DISPUTE Employer has established and continues to staff players club positions in violation of Articles 1, 4, 5, 15 and all other relevant provisions.
CLAIM OR RELIEF SOUGHT (amount, if Any): Make Union and affected Members whole in every way.
HEARING LOCALE REQUESTED: Lincoln Park, Lincoln, RI
(City and State)

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Abitration Association at its Boston office, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within ten days after notice from the administrator.

Signed [signature] (Thomas R. Landry) Title Attorney for Union
(May be Signed by a Representative)
Name of Claimant Local 334, SEIU
Address P.O. Box 9125
(to Be Used in Connection with this Case)
City and State Providence, RI ZIP Code 02904
Telephone (____) ______ Fax (____) ______
Name of Representative Thomas R. Landry, Esquire
Representative's Address 420 Scrabbletown Road, Ste. C
City and State North Kingstown, RI ZIP Code 02852
Telephone (401) 294-4700 Fax (401) 294-4702

To institute proceedings, please send three copies of this demand and the arbitration agreement, with the filing fee as provided in the rules, to the AAA. Send the original demand to the respondent.

1997-W

©1999 American Arbitration Association. All Rights Reserved.