UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UTGR, INC. (d/b/a TWIN RIVER) Plaintiff, v. SEIU, LOCAL 334 Defendant. | Civil Action No. 07-318-S |

**DISMISSAL STIPULATION**

By agreement of the parties, this matter is dismissed with prejudice; no interest, no costs.

David D. Barricelli (#4763)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
Attorney for the Plaintiff

DATED: April 15, 2008

Marc B. Gursky (#2818)
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702 (facsimile)
Attorney for the Defendant

DATED: April 14, 2008

58733-132250
# 884492-P-v1